■ STEPHANIE MARSZALEK, Respondent, v JEFFREY S. BROWN, Defendant, and WILL POULTRY CO., INC., Appellant. [668 NYS2d 138] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied the motion of Will Poultry Co., Inc. (defendant), for summary judgment dismissing the complaint against it. Plaintiff was injured when her vehicle was struck by a truck operated by defendant Jeffrey S. Brown and owned by defendant. Defendant failed to present evidence establishing as a matter of law that plaintiff did not sustain a serious injury pursuant to Insurance Law § 5102 (d). Plaintiff, through an affidavit from one of her treating physicians, raised issues of fact whether she sustained a permanent consequential limitation of use of a body organ or member, or a significant limitation of use of a body function or system (see, Insurance Law § 5102 [d]). In addition, plaintiff established prima facie that she suffered from a medically determined injury that curtailed her from performing her usual activities "to a great extent rather than some slight curtailment" for the statutory period (Licari v Elliott, 57 NY2d 230, 236; see, Tankersley v Szesnat, 235 AD2d 1010, 1013; Gleissner v LoPresti, 135 AD2d 494, 495; cf., Shames v Murtha, 204 AD2d 841). (Appeal from Order of Supreme Court, Erie County, Mahoney, J.—Summary Judgment.) Present—Green, J. P., Pine, Hayes, Callahan and Fallon, JJ.

■ CHRISTINE Y. COTE, Respondent, v LYNNE M. ORIMENKO, as Administratrix of the Estate of ALEC P. ORIMENKO, Deceased, Appellant. [668 NYS2d 515] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Summary Judgment.) Present—Green, J. P., Pine, Hayes, Callahan and Fallon, JJ.